■ In the Matter of the Estate of EDWARD M. STANLEY, Deceased. BANK OF NEW YORK, as Coadministrator, Respondent; SAUL B. SCHWARZ, as Coadministrator, Appellant. [700 NYS2d 671] —Order, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about April 3, 1998, which denied appellant's application for monetary sanctions against petitioner, unanimously affirmed, with costs.

The denial of sanctions under 22 NYCRR Part 130 was proper under the circumstances (*see, Matter of Minister, Elders & Deacons of Refm. Prot. Dutch Church v 198 Broadway*, 76 NY2d 411, 414). Because appellant did not appeal from the Surrogate's earlier order denying his requests for affirmative relief, we do not reach any argument that such relief should have been granted. Were we to reach appellant's arguments on those points, we would find them unavailing (*see also, Matter of Stanley*, 261 AD2d 243 [decided herewith]). Concur—Rosenberger, J. P., Williams, Rubin, Mazzarelli and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROL JONES, Appellant. [688 NYS2d 883] —Judgment, Supreme Court, New York County (William Wetzel, J.), rendered January 28, 1998, convicting defendant, after a jury trial, of two counts of robbery in the second degree and one count of assault in the second degree, and sentencing her, as a second felony offender, to concurrent terms of 7 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Questions of credibility were properly presented to the jury, as was the question of the reliability of the complaining witness's identification of defendant, and we see no reason to disturb its findings. Concur—Sullivan, J. P., Tom, Lerner and Buckley, JJ.